PROB 12C
(6/16)

Report Date: May 9, 2024

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 09, 2024

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Joseph Leroy Martinez                    Case Number: 0980 2:22CR00048-SAB-1

Address of Offender: ▇▇▇▇▇▇▇▇▇▇▇▇ Omak, Washington 98841

Name of Sentencing Judicial Officer:  The Honorable Rosanna Malouf Peterson, Senior U.S. District Judge
Name of Supervising Judicial Officer:  The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: May 9, 2023

| | | |
|---|---|---|
| Original Offense: | Assault Resulting in Serious Bodily Injury in Indian Country, 18 U.S.C. §§ 113(a)(6), 1153 | |
| Original Sentence: | Prison - 21 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Richard R. Barker | Date Supervision Commenced: October 21, 2023 |
| Defense Attorney: | Andrea K. George | Date Supervision Expires: October 20, 2026 |

## PETITIONING THE COURT

To issue a summons.

On October 26, 2023, Mr. Martinez reviewed and signed the judgment for case number 2:22CR00048-RMP-1, which outlines the supervised release conditions. He was provided a copy and acknowledged an understanding of his obligations to the Court.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition # 5**: You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.<br><br>**Supporting Evidence**: It is alleged that Mr. Martinez violated the conditions of his supervised release as he failed to report a change of address at least 10 days before the change and/or within 72 hours of the change, on or about April 11, 2024. |

Prob12C
**Re: Martinez, Joseph Leroy**
May 9, 2024
Page 2

On April 25, 2024, the undersigned attempted to make contact with Mr. Martinez at his last reported address. It was at that time the owner of the residence informed the undersigned that Mr. Martinez moved out of the residence, "a couple of weeks ago," and that he was living with a girlfriend at an unknown address. Thereafter, the undersigned attempted to contact Mr. Martinez in which a voice mail and text message were left on his telephone directing him to contact the undersigned as soon as possible.

On April 29, 2024, the undersigned eventually received a text message response from Mr. Martinez and he was directed to report to the U.S. Probation Office on April 30, 2024. Mr. Martinez reported as directed and he admitted to failing to report a change of address. He was apologetic about failing to communicate with the undersigned and reporting his change of address.

2      **Special Condition #6:** You must abstain from the use of illegal controlled substances, and shall submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: It is alleged that Mr. Martinez violated the conditions of his supervised release by using marijuana, on or about March 31, 2024.

On April 30, 2024, Mr. Martinez reported to the U.S. Probation Office as directed and prior to a urinalysis being conducted he admitted to the undersigned, and via a signed document, that he last used marijuana, on or about March 31, 2024.

3      **Special Condition #5**: You must not enter into or remain in any establishment where alcohol is the primary item of sale. You must abstain from alcohol and must submit to urinalysis and Breathalyzer testing as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from this substance.

**Supporting Evidence**: It is alleged that Mr. Martinez violated the conditions of his supervised release by consuming alcohol, on or about April 28, 2024.

On April 30, 2024, Mr. Martinez reported to the U.S. Probation Office as directed and prior to a urinalysis being conducted he admitted to the undersigned, and via a signed document, that he last consumed alcohol, on or about April 28, 2024.

4      **Special Condition #6:** You must abstain from the use of illegal controlled substances, and shall submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: It is alleged that Mr. Martinez violated the conditions of his supervised release by using cocaine, on or about April 30, 2024.

On April 30, 2024, Mr. Martinez provided a urinalysis that tested presumptive positive for cocaine. Mr. Martinez denied that he knowingly used cocaine but did state while consuming alcohol with individuals on April 28, 2024, they may have been using cocaine. The urinalysis sample was sent for further testing and on May 7, 2024, the urinalysis sample was confirmed positive for the presence of cocaine.

Prob12C
Re: Martinez, Joseph Leroy
May 9, 2024
Page 3

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: May 9, 2024

s/Jonathan C. Bot

Jonathan C. Bot
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[X] The Issuance of a Summons
[ ] Other

_Stanley A. Bastian_
Signature of Judicial Officer

5/9/2024
Date