PROB 12C  
(6/16)

Report Date: September 11, 2024

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 12, 2024

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Joseph Leroy Martinez | Case Number: 0980 2:22CR00048-SAB-1 |
| Address of Offender: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Omak, Washington 98841 | |

Name of Sentencing Judicial Officer: The Honorable Rosanna Malouf Peterson, Senior U.S. District Judge  
Name of Supervising Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District

Date of Original Sentence: May 9, 2023

| | | | |
|---|---|---|---|
| Original Offense: | Assault Resulting in Serious Bodily Injury in Indian Country, 18 U.S.C. §§ 113(a)(6), 1153 | | |
| Original Sentence: | Prison - 21 months<br>TSR - 36 months | Type of Supervision: Supervised Release | |
| Asst. U.S. Attorney: | Michael James Austen Ellis | Date Supervision Commenced: October 21, 2023 | |
| Defense Attorney: | Nathan Poston | Date Supervision Expires: October 20, 2026 | |

## PETITIONING THE COURT

To incorporate the violation contained in this petition in future proceedings with the violation(s) previously reported to the Court on 05/09/2024 and 08/30/2024.

On October 26, 2023, Mr. Martinez reviewed and signed the judgment for case number 2:22CR00048-RMP-1, which outlines the supervised release conditions. He was provided a copy and acknowledged an understanding of his obligations to the Court.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 6 | **Special Condition #5**: You must not enter into or remain in any establishment where alcohol is the primary item of sale. You must abstain from alcohol and must submit to urinalysis and Breathalyzer testing as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from this substance.<br><br>**Supporting Evidence**: It is alleged that Mr. Martinez violated the conditions of his supervised release by consuming alcohol, on or about September 8, 2024.<br><br>On September 10, 2024, the undersigned made contact with Mr. Martinez at his residence. On that date, Mr. Martinez admitted to the undersigned, and via a signed statement, that he last consumed alcoholic beverages on or about September 8, 2024. |

Prob12C
**Re: Martinez, Joseph Leroy**
**September 11, 2024**
**Page 2**

The U.S. Probation Office respectfully recommends the Court to incorporate the violation contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: September 11, 2024

s/Jonathan C. Bot

Jonathan C. Bot
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

9/12/2024

Date