PROB 12C
(6/16)

Report Date: September 24, 2024

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 25, 2024

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Joseph Leroy Martinez | Case Number: 0980 2:22CR00048-SAB-1 |
| Address of Offender: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ Omak, Washington 98841 | |

Name of Sentencing Judicial Officer: The Honorable Rosanna Malouf Peterson, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District

Date of Original Sentence: May 9, 2023

| | |
|---|---|
| Original Offense: | Assault Resulting in Serious Bodily Injury in Indian Country, 18 U.S.C. §§ 113(a)(6), 1153 |
| Original Sentence: | Prison - 21 months<br>TSR - 36 months |
| | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Michael James Austen Ellis |
| | Date Supervision Commenced: October 21, 2023 |
| Defense Attorney: | Nathan Poston |
| | Date Supervision Expires: October 20, 2026 |

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 05/09/2024, 08/30/2024, and 09/12/2024.

On October 26, 2023, an officer reviewed the judgment with the offender. Mr. Martinez signed the judgment acknowledging an understanding of his conditions.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 7 | **Special Condition #6:** You must abstain from the use of illegal controlled substances, and shall submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: It is alleged that Mr. Martinez violated the conditions of his supervised release by using cocaine on or about September 10, 2024. |
| | On September 10, 2024, the undersigned made contact with Mr. Martinez at his residence and a urinalysis was collected. The urinalysis tested presumptive positive for cocaine. Mr. Martinez denied that he knowingly used cocaine and the sample was sent to the lab for confirmation. On September 16, 2024, the aforementioned urinalysis was returned positive for cocaine. |

Prob12C  
Re: Martinez, Joseph Leroy  
September 24, 2024  
Page 2

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: September 24, 2024

s/Jonathan C. Bot

Jonathan C. Bot  
U.S. Probation Officer

### THE COURT ORDERS

[ ]  No Action  
[ ]  The Issuance of a Warrant  
[ ]  The Issuance of a Summons  
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.  
[ ]  Defendant to appear before the Judge assigned to the case.  
[X]  Defendant to appear before the Magistrate Judge.  
[ ]  Other

_Stanley A. Sestran_  
Signature of Judicial Officer

9/24/2024  
Date