PROB 12C
(6/16)

Report Date: September 9, 2025

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 09, 2025

SEAN F. McAVOY, CLERK
ECF No. 115

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Joseph Leroy Martinez | Case Number: 0980 2:22CR00048-RLP-1 |
| Address of Offender: ███████████ | Omak, Washington 98841 |

Name of Sentencing Judicial Officer: The Honorable Rosanna Malouf Peterson, Senior U.S. District Judge

Name of Supervising Judicial Officer: The Honorable Rebecca L. Pennell, U.S. District Judge

Date of Original Sentence: May 9, 2023

| | | | |
|---|---|---|---|
| Original Offense: | Assault Resulting in Serious Bodily Injury in Indian Country, 18 U.S.C. §§ 113(a)(6), 1153 | | |
| Original Sentence: | Prison - 21 months<br>TSR - 36 months | Type of Supervision: Supervised Release | |
| Asst. U.S. Attorney: | Michael James Austen Ellis | Date Supervision Commenced: October 21, 2023 | |
| Defense Attorney: | Joel Anand Baumann | Date Supervision Expires: October 20, 2026 | |

### PETITIONING THE COURT

To issue a summons.

On October 26, 2023, a U.S. probation officer reviewed the judgement and conditions of supervision with the offender. The offender signed the judgement acknowledging an understanding of the conditions. A copy was provided to the offender as reviewed and signed.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition #1**: You must not commit another federal, state or local crime.<br><br>**Supporting Evidence**: Mr. Martinez allegedly violated the above-stated condition on or about August 26, 2025, by driving while intoxicated in violation of Revised Code of Washington (RCW) 46.61.502, as evidenced by Mr. Martinez' arrest for such and subsequent verbal admission.<br><br>On August 28, 2025, the undersigned was made aware Mr. Martinez had been arrested for driving under the influence (DUI) and was being held in the Colville Tribal Jail. This report was confirmed by the Colville Tribal Jail's daily roster displaying Mr. Martinez was in custody.<br><br>Later that same date, Mr. Martinez called the undersigned to report he had been released from jail. He went on to explain that he had been consuming alcohol with family when he chose to drive a car full of people down the road to another residence, leading to his subsequent arrest. He admitted he made a poor choice by driving while intoxicated. |

Prob12C
Re: Martinez, Joseph Leroy
September 9, 2025
Page 2

According to Colville Tribal Police Department (CTPD) report 25-1521, Mr. Martinez was observed operating a motor vehicle on a public roadway at approximately 20 miles per hour over the posted speed limit. The CTPD officer initiated a traffic stop. Upon further investigation, the CTPD officer determined there was probable cause to arrest Mr. Martinez for DUI. During the booking process at Colville Tribal Jail, Mr. Martinez blood alcohol content (BAC) was measured using a breath test. His BAC resulted at 0.129 at the lowest. According to RCW 46.61.502 the legal BAC limit for operating a vehicle is 0.08.

Violation of RCW 46.61.502 is a gross misdemeanor.

2   **Special Condition #5**: You must not enter into or remain in any establishment where alcohol is the primary item of sale. You must abstain from alcohol and must submit to urinalysis and Breathalyzer testing as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from this substance.

**Supporting Evidence**: Mr. Martinez allegedly violated the above-stated condition on or about August 26, 2025, by consuming alcohol as evidenced by his verbal admission and an arrest for DUI.

On August 28, 2025, Mr. Martinez called the undersigned to report he had been arrested for DUI and had just been released from jail. During this call Mr. Martinez admitted to the undersigned he had been consuming alcohol. He explained that he had been celebrating the recent birth of his child as well as another recent birth in the family, when he began consuming alcohol with his family members. Mr. Martinez acknowledged that he should not have consumed alcohol, but did so anyway.

According to CTPD report 25-1521, Mr. Martinez was stopped while driving along a public roadway in excess of the speed limit. During the stop, the officer documented observing a bottle of whiskey in the front seat of the vehicle. When the CTPD officer asked Mr. Martinez if he had consumed alcohol he initially denied but later admitted to having consumed alcohol. The report stated Mr. Martinez exhibited signs of intoxication to include watery bloodshot eyes and a smell of intoxicants emanating from his person. Other indications documented in the report include Mr. Martinez performance during standardized field sobriety tests and a BAC level of at least 0.129 as measured by a breath test.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   09/09/2025

s/Nicolas Olson

Nicolas Olson
U.S. Probation Officer

Prob12C
**Re: Martinez, Joseph Leroy**
**September 9, 2025**
**Page 3**

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[x]  The Issuance of a Summons
[ ]  The incorporation of the violations contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[x]  Defendant to appear before the Magistrate Judge.
[ ]  Other

_____
Signature of Judicial Officer

September 9, 2025
_____
Date